IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | 8:14CV209 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| COFFEY, Judge Douglas County | ) | |
| Nebraska District Court, and JOHN | ) | |
| FRIEND, Clerk of Nebraskkk District | ) | |
| Court Douglas County, | ) | |
| | ) | |
| Defendants. | ) | |

On December 11, 2014, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 2nd day of March, 2015.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge